COM.

v.

**DEAN, S.**

**1632 WDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–43–CR–0000046–2016 (Mercer)

*Affirmed*—Application to Withdraw as Counsel Granted

**IN RE: ADOPTION OF C.L., a minor,**

**Appeal of: J.S.**

**1693 WDA 2016**

Superior Court of Pennsylvania.

05/26/2017

63–15–1173 (Washington)

Affirmed

**DAVIS, L.**

v.

**MCFALLS, N.**

**1794 WDA 2016**

Superior Court of Pennsylvania.

05/26/2017

LT–16–000564 (Allegheny)

Affirmed

COM.

v.

**UMBEL, B.**

**1798 WDA 2016**

Superior Court of Pennsylvania.

05/26/2017

CP–26–CR–0000639–2015 (Fayette)

Affirmed

**ADOPTION OF A.N.S., et al., Minors,**

**Appeal of: T.S.**

**218 WDA 2017**

Superior Court of Pennsylvania.

05/26/2017

2016–205 IVT (Cambria)

Affirmed

**ADOPTION OF J.D.D., et al., minors,**

**Appeal of: K.D.**

**219 WDA 2017**

Superior Court of Pennsylvania.

05/26/2017

2016–204 IVT (Cambria)

Affirmed

